William A. Fuhrman (ISB 2932)
JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho  83701
Telephone:  208-331-1170
Facsimile:  208-331-1529
*bfuhrman@idalaw.com*

Attorneys for Defendant Sanofi-Aventis U.S. LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELISE DEKLOTZ, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00433-EJL-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, Elise DeKlotz, Sophia DeKlotz, Analena DeKlotz, T.D., a minor child, and the Estate of Wesley DeKlotz, by and through their counsel of record, Jason R.N. Monteleone, of the law firm JOHNSON & MONTELEONE, L.L.P., Defendant, Sanofi-Aventis U.S., LLC, by and through its counsel of record, William A. Fuhrman of the law firm JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.**,** Defendant, Mylan Pharmaceuticals Inc., by and through its counsel of record, Christopher C. Burke of the law firm PARSONS BEHLE & LATIMER, and Defendant, Teva Pharmaceuticals USA, Inc., by and through its counsel of record, John J. Burke of the law firm ELAM & BURKE, P.A., and hereby stipulate and agree

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

that Plaintiffs' complaint and all claims asserted by Plaintiffs against Defendants can be dismissed with prejudice with all parties bearing their own costs and fees.

DATED this 10th day of May, 2019.

JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.

By     /s/ William A. Fuhrman
       William A. Fuhrman – Of the Firm
       Attorneys for Defendant Sanofi-Aventis

DATED this 10th day of May, 2019.

JOHNSON & MONTELEONE, LLP

By     /s/ Jason R.N. Monteleone
       Jason R.N. Monteleone
       Attorneys for Plaintiffs

DATED this 10th day of May, 2019.

PARSONS BEHLE & LATIMER

By     /s/ Christopher C. Burke
       Christopher C. Burke
       Attorneys for Defendant Mylan Pharmaceuticals

DATED this 10th day of May, 2019.

ELAM & BURKE, P.A.

By     /s/ John J. Burke
       John J. Burke
       Attorneys for Defendant Teva Pharmaceuticals

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2019, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including but not limited to, the following:

| | |
|---|---|
| Jason R.N. Monteleone | *jason@treasurevalleylawyers.com* |
| Christopher C. Burke | *cburke@parsonsbehle.com* |
| John J. Burke | *jjb@elamburke.com* |
| William F. Northrip | *wnorthrip@shb.com* |

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

None

 /s/ William A. Fuhrman
William A. Fuhrman

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 3**