UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELISE DEKLOTZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SANOFI-AVENTIS, et al.,<br><br>　　　　Defendants. | Case 1:18-cv-00433-EJL-CWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for an Order of Dismissal With Prejudice. (Dkt. 23.) The Court finds good cause has been shown to grant the same.

NOW THEREFORE IT IS HEREBY ORDERED that the claims of Plaintiffs against Defendants and this action are HEREBY **DISMISSED WITH PREJUDICE** with each party to bear their own costs and fees.

DATED: May 17, 2019

_____
Honorable Edward J. Lodge
U.S. District Judge

ORDER OF DISMISSAL WITH PREJUDICE- 1